# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1832

_____

OLANDIS DEAN HOBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


December 3, 2024


PER CURIAM.

The Court dismisses this appeal as duplicative of the criminal appeal pending in case 1D24-2021.

B.L. THOMAS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Olandis Dean Hobbs, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.